**Electronically Filed
Supreme Court
SCWC-15-0000470
08-JUN-2018
08:38 AM**

SCWC-15-0000470

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

CENTURY CAMPUS HOUSING MANAGEMENT, L.P.,
Petitioner/Plaintiff/Counterclaim Defendant-Appellee,

vs.

ELDA HANA, LLC and 2280 KUHIO AVENUE DEVELOPMENT, LLC,
Respondents/Defendants/Counterclaim Plaintiffs-Appellants.

----------------------------------------------------------------

2280 KUHIO AVENUE DEVELOPMENT, LLC,
Third-Party Plaintiff-Appellant,

vs.

HAWAIIAN ISLAND HOMES, LTD., PETER B. SAVIO, as President of
Hawaiian Island Homes, Ltd., GARRET TOM, as Chief Financial
Officer of Hawaiian Island Homes, Ltd.,
Third-Party Defendants-Appellees,

and

DOE DEFENDANTS 1-10, et al., Defendants.
(CAAP-15-0000470)

---

CENTURY CAMPUS HOUSING MANAGEMENT, L.P.,
Plaintiff/Counterclaim Defendant-Appellee,

vs.

ELDA HANA, LLC and 2280 KUHIO AVENUE DEVELOPMENT, LLC,
Defendants/Counterclaim Plaintiffs-Appellants.

----------------------------------------------------------------

2280 KUHIO AVENUE DEVELOPMENT, LLC,
Third-Party Plaintiff-Appellant,

vs.

HAWAIIAN ISLAND HOMES, LTD., PETER B. SAVIO, as President of
Hawaiian Island Homes, Ltd., GARRET TOM, as Chief Financial
Officer of Hawaiian Island Homes, Ltd.,
Third-Party Defendants-Appellees,

and

DOE DEFENDANTS 1-10, et al., Defendants.
(CAAP-15-0000020)

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CIVIL NO. 10-1-0680)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner's application for writ of certiorari, filed on April 24, 2018, is hereby rejected.

DATED: Honolulu, Hawaiʻi, June 8, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson



2